THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **LIBERTY COUNSEL, INC.**, d/b/a Freedom Foundation, a Florida Not-For-Profit Corporation, | Case Number: 5:15-cv-000176-FL |
| Plaintiff, | Judge: Louise Wood Flanagan |
| v. | |
| **COUNTY OF WAKE, NORTH CAROLINA**, | |
| Defendant. | |

**STIPULATED FINAL JUDGMENT**

It is hereby stipulated and agreed by and between the parties to the above-titled cause, acting through their respective attorneys, that all matters in controversy have been resolved and settled. The parties hereby agree that final judgment on all counts in the Complaint should be and hereby is entered in favor of the Plaintiff in the amount of $100 as and for damages, and that the above-titled cause is hereby dismissed with prejudice. The Court retains jurisdiction to enforce the additional parts of the parties' settlement, in the event they are not carried out.

SO ORDERED this 23rd day of June, 2015.

_____
Judge Louise W. Flanagan
UNITED STATES DISTRICT JUDGE

We jointly ask for this.

/s/ Daniel J. Schmid  
Daniel J. Schmid (VA Bar# 84415)  
LIBERTY COUNSEL  
P.O. Box 11108  
Lynchburg, VA 24506  
Phone: (434) 592-7000  
Fax: (434) 592-7700  
Email: dschmid@LC.org  

Horatio G. Mihet (FL Bar # 026581)  
Mathew D. Staver (FL Bar # 0701092)  
LIBERTY COUNSL  
P.O. Box 540774  
Orlando, FL 32854  
Phone: (800) 671-1776  
Fax: (407) 875-0770  
Email: court@LC.org  


David Williams  
N.C. Bar No. 46501  
SHEDOR LAW FIRM  
401 High House Rd. #140  
Cary, NC 27513  
Phone: (919) 461-7017  
Fax: (919) 461-7018  
Email: david@shedorlawfirm.com  
Local Civil Rule 83.1 Counsel  

/s/ Scott W. Warren  
Scott W. Warren  
Office of the Wake County Attorney  
P.O. Box 550  
Raleigh, NC 27602  
Phone: (919) 856-5500  
Fax: (919) 856-5504  
Email: swarren@wakegov.com